12021689

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Misc. No. _____ |
| | ) | |
| HUDSON PALMER HOMES, INC. f/k/a | ) | Chapter 7 |
| THE CUTLER GROUP, INC., | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy Case No. 18-17509 (JKF) |
| | ) | |
| NAVIGATORS SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 19-00146 (JKF) |
| | ) | |
| v. | ) | |
| | ) | |
| HUDSON PALMER HOMES, INC., f/k/a | ) | |
| THE CUTLER GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER WITHDRAWING THE REFERENCE TO THE BANKRUPTCY COURT

AND NOW, this ____ day of _____, 2019, upon consideration of Motion of Navigators Specialty Insurance Company's ("Navigators") for Withdrawal of Reference; and the Court having considered the papers submitted in opposition thereto, if any; and oral argument, if any, having been heard; and good cause appearing:

It is hereby **ORDERED** that Navigators' Motion be and hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that the reference of this adversary proceeding to the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby **WITHDRAWN.**

_____