12021689

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Misc. No. _____ |
| | ) | |
| HUDSON PALMER HOMES, INC. f/k/a THE CUTLER GROUP, INC., | ) ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy Case No. 18-17509 (JKF) |
| | ) | |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 19-00146 (JKF) |
| v. | ) | |
| HUDSON PALMER HOMES, INC., f/k/a THE CUTLER GROUP, INC., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, hereby certify that on September __, 2019, I have caused this hereby certify that the **Motion of Navigators Specialty Insurance Company for Withdrawal of Reference and Brief in Support** was electronically filed on this date; it is available for viewing and downloading on the Court's CM/ECF system; and it has been served on the following via the Court's CM/ECF system:

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Email: gseitz@gsbblaw.com

George M. Conway
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Email: george.m.conway@usdoj.gov

SPILMAN THOMAS & BATTLE, PLLC

/s/ Julian E. Neiser